NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ANALOG DEVICES, INC.,**
*Appellant*

**v.**

**KATHERINE K. VIDAL, UNDER SECRETARY OF
COMMERCE FOR INTELLECTUAL PROPERTY
AND DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————

2022-1536

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01210.

———————————

**JUDGMENT**

———————————

JASJIT S. VIDWAN, ArentFox Schiff LLP, Washington, DC, argued for appellant. Also represented by TANIEL E. ANDERSON, RICHARD J. BERMAN, JANINE A. CARLAN.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by OMAR FAROOQ

AMIN, BENJAMIN T. HICKMAN, FARHEENA YASMEEN RASHEED, PETER JOHN SAWERT.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CLEVENGER and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2024
Date

Jarrett B. Perlow
Clerk of Court